**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     John R. Guillory and Preis, PLC v. Hallmark Specialty Insurance Company

Appellate case number:   01-22-00081-CV

Trial court case number: 2021-33760

Trial court:             151st District Court of Harris County

James H. Gibson has filed a motion to appear pro hac vice as counsel for Appellants John P. Guillory and Preis PLC.  The motion is supported by a motion from Texas attorney David L. Pybus.  Both motions comply with the rules. TEX. RULES GOVERN. BAR ADM'N R. XIX; TEX. R. APP. P. 10.1(a). Accordingly, we **grant** both motions and **order** that James H. Gibson is admitted pro hac vice to participate in this appeal as counsel for Appellants.

It is so ORDERED.


Judge's signature: /s/Veronica Rivas-Molloy
                   Acting individually


Date:  March 3, 2022